SEALED

FILED IN OPEN COURT
ON 4-28-2020 BG
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-80-1M (4)
NO. 7:20-CR-80-2M (4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| DONTEE DESHAWN FORTE | ) | |
| SHAUN CEDRIC ROBINSON | ) | |

The Grand Jury charges that:

## COUNT ONE

On or about May 29, 2019, in the Eastern District of North Carolina, the defendant, DONTEE DESHAWN FORTE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed a firearm, and the firearm were in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT TWO

At all times material to this Count, the Scotchman #3014, located at 404 West Wilmington Street, Burgaw, North Carolina, was engaged in a commercial retail business in interstate and foreign commerce and was an industry which affects interstate and foreign commerce.

On or about June 4, 2019, in the Eastern District of North Carolina, the defendants, DONTEE DESHAWN FORTE and SHAUN CEDRIC ROBINSON,

1

aiding and abetting each other, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and movement of articles and commodities in such commerce, by robbery, that is, unlawfully taking and obtaining personal property from the person and in the presence of another, against that person's will, by means of actual and threatened force, as set forth in Title 18, United States Code, Section 1951(b)(1), all in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT THREE

On or about June 4, 2019, in the Eastern District of North Carolina, the defendants, DONTEE DESHAWN FORTE and SHAUN CEDRIC ROBINSON, aiding and abetting each other, during and in relation to crime of violence for which they may be prosecuted in a court of the United States, that is, interference of commerce by robbery, in violation of Title 18, United States code, Section 1951, as charged in Count Two of the Indictment, did use and carry a firearm and did possess said firearm in furtherance of said crime of violence, and said firearm was brandished, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT FOUR

On or about June 4, 2019, in the Eastern District of North Carolina, the defendant, SHAUN CEDRIC ROBINSON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly

possessed a firearm and ammunition, and the firearm and ammunition were in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

(Remainder of page intentionally left blank)

3

## FORFEITURE NOTICE

The defendant(s) are given notice that all of the defendants' interest in all property specified herein is subject to forfeiture.

Upon conviction of one or more of the offense(s) set forth in Counts One, Three, or Four, the named defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), as made applicable by Title 28, United States Code, Section 2461(c), any and all firearms or ammunition involved in or used in a knowing commission of the said offense(s).

Upon conviction of any of the offense(s) set forth in Count Two, the named defendant(s) shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the said offense(s).

Upon conviction of any offense set forth herein that involved or was perpetrated in whole or in part by the use of firearms, or that involved the use of threats, force, or violence, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), as made applicable by Title 28, United States Code, Section 2461(c), and/or pursuant to Title 18, United States Code, Section 3665, any and all firearms and ammunition that were involved in or used in any willful violation of federal law, or that were intended to be used in the commission of any crime of violence as defined in Title 18, United States Code, Section 924(c), or

that were found in the possession or under the immediate control of the defendant(s) at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

(1) Keltec .380 semi-automatic firearm, bearing serial number KXY81;

(2) Ruger 9mm semi-automatic firearm, bearing serial number 33563256; and

(3) all associated magazines and ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

5

A TRUE BILL.

~~signature~~
FOREPERSON

DATE: 4-28-20

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

ROBERT J. HIGDON, JR.
United States Attorney

*Charity L Wilson*
CHARITY WILSON
Assistant United States Attorney