IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:20-CR-00080-M-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAUN CEDRIC ROBINSON,

    Defendant.

ORDER

This matter is before the court on the Defendant's Motion to Seal [DE-75]. For good cause shown, and in accordance with Local Criminal Rule 55.2, the motion is GRANTED. Docket Entry 74 and its associated exhibits shall be sealed until such time as it is ordered unsealed by a court of competent jurisdiction.

SO ORDERED this the 1st day of April, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE